UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NAYSHAWN PERKINS,

                                **Plaintiff,**                    18-CV-07706 (CM)(SN)

                -against-                            **ORDER**

**C.O. H. BURNETT, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On December 13, 2019, Plaintiff filed a letter addressed to the Honorable Colleen McMahon requesting referral to a magistrate judge to address a discovery dispute. ECF No. 47. On December 16, 2019, Judge McMahon referred this matter to my docket for resolution of specific discovery disputes between the parties. ECF No. 48. No later than December 20, 2019, the parties shall file a joint letter describing the discovery dispute mentioned in Plaintiff's December 13, 2019 letter.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 17, 2019
                New York, New York