UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NAYSHAWN PERKINS,

                      **Plaintiff,**                              18-CV-07706 (CM)(SN)

            -against-                                <u>**ORDER**</u>

**C.O. H. BURNETT, et al.,**

                      **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     A discovery conference is scheduled for Thursday, January 02, 2020, at 10:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to discuss the dispute raised in the parties' December 20, 2019 joint letter. ECF No. 50. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED**.

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     December 20, 2019
                 New York, New York